FILED

NOV - 7 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:23-CR-68 |
| JERMEL MATTHEW WILLIAMS, | Violations: 18 U.S.C. § 922(a)(6) |
| Defendant. | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(False Statement in Connection with the Acquisition of a Firearm)

On or about March 22, 2019, in Marion County, in the Northern District of West Virginia, defendant **JERMEL MATTHEW WILLIAMS**, in connection with the acquisition of a firearm, that is a Glock pistol, model 23 Gen4, .40 caliber, serial number BKSA397, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is the defendant **JERMEL MATTHEW WILLIAMS** checked the box "no" in response to the question "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?" on question 11e of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record; and the defendant **JERMEL MATTHEW WILLIAMS** stated his address was 484 Rebecca Street, Morgantown, West Virginia, in response to question 2 of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record requesting

his current state of residence and address; and there below did sign his name certifying that his answers on the form were true, knowing that his said answers to questions 2 and 11e was false; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

(False Statement in Connection with the Acquisition of a Firearm)

On or about May 23, 2019, in Marion County, in the Northern District of West Virginia, defendant **JERMEL MATTHEW WILLIAMS**, in connection with the acquisition of a firearm, that is a Glock pistol, model 17, 9mm caliber, serial number BLNE799, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is the defendant **JERMEL MATTHEW WILLIAMS** checked the box "no" in response to the question "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?" on question 11e of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record; and the defendant **JERMEL MATTHEW WILLIAMS** stated his address was 484 Rebecca Street, Morgantown, West Virginia, in response to question 2 of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record requesting his current state of residence and address; and there below did sign his name certifying that his answers on the form were true, knowing that his said answers to questions 2 and 11e was false; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

(False Statement in Connection with the Acquisition of a Firearm)

On or about July 9, 2020, in Marion County, in the Northern District of West Virginia, defendant **JERMEL MATTHEW WILLIAMS**, in connection with the acquisition of a firearm, that is a Smith & Wesson semi-automatic pistol, model SD 40, .40 S&W caliber, serial number FCB4531, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is the defendant **JERMEL MATTHEW WILLIAMS** checked the box "no" in response to the question "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?" on question 11e of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record; and the defendant **JERMEL MATTHEW WILLIAMS** stated his address was 484 Rebecca Street, Morgantown, West Virginia, in response to question 2 of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record requesting his current state of residence and address; and there below did sign his name certifying that his answers on the form were true, knowing that his said answers to questions 2 and 11e was false; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A true bill,

/s/
Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Brandon S. Flower
Assistant United States Attorney